UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Steven Alton Carlton                    Docket No. 5:12-CR-232-1BO

**Petition for Action on Supervised Release**

COMES NOW Julie Wise Rosa, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Steven Alton Carlton, who, upon an earlier plea of guilty to Theft of Firearms From the Person or Premises of a Federal Firearms Licensee and Aiding and Abetting, in violation of 18 U.S.C. §§ 922(u) and 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on March 8, 2013, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Steven Alton Carlton was released from custody on February 29, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Carlton was supervised by this district while on pretrial release. His supervision was revoked due to extensive substance use. Upon his arrival to the halfway house, Carlton sought assistance with his addiction and was prescribed Suboxone. Based upon his history of use and current need for treatment, the probation office requests that the drug aftercare condition be included for supervision. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Senior U.S. Probation Officer | /s/ Julie Wise Rosa<br>Julie Wise Rosa<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8675<br>Executed On: March 14, 2016 |

Steven Alton Carlton
Docket No. 5:12-CR-232-1BO
Petition For Action
Page 2

**ORDER OF THE COURT**

Considered and ordered this __17__ day of __March__, 2016 and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
U.S. District Judge